1  FRANK D. POND (BAR NO. 126191)
   SANDRA L. GRYDER (BAR NO. 117872)
2  sgryder@pondnorth.com
   KATHLEEN B. EBRAHIMI (BAR NO. 214593)
3  kebrahimi@pondnorth.com
   POND NORTH LLP
4  350 South Grand Avenue, Suite 3300
   Los Angeles, CA 90071
5  Telephone:     (213) 617-6170
   Facsimile:     (213) 623-3594
6
   Attorneys for Defendant
7  FRASER'S BOILER SERVICE, INC.

8               **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11 ALAN BOND,                          Case No:  CV-10-01048 EMC

12           Plaintiff,                **STIPULATION BY PLAINTIFF AND**
                                       **DEFENDANT FRASER'S BOILER SERVICE,**
13      vs.                            **INC. TO EXTEND TIME TO ANSWER OR**
                                       **FILE OTHER RESPONSIVE PLEADINGS**
14 CBS CORPORATION, etc., et al.,       ORDER
                                       Judge:        Hon. Edward M. Chen
15           Defendants.

16

17      TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES

18 AND THEIR ATTORNEYS OF RECORD:

19      IT IS HEREBY STIPULATED by and between Plaintiff ALAN BOND ("Plaintiff") and

20 Defendant FRASER'S BOILER SERVICE, INC. ("Fraser's"), by and through their respective

21 counsel of record, that the time for Fraser's either to answer Plaintiff's complaint or file other

22 responsive papers or motions in response thereto is extended to June 11, 2010.

23 DATED: May 27, 2010              BRENT COON AND ASSOCIATES
                                    RICHARD A. BRODY
24

25

26                                  By: _____
                                        RICHARD A. BRODY
27                                      Attorneys for Plaintiff
                                        ALAN BOND
28

                                    1
                        CASE NO. CV-10-01048 EMC

1

2    DATED:  May 27, 2010                          POND NORTH LLP
                                                    KATHLEEN B. EBRAHIMI
3

4

5                                                   By:  */s/ Kathleen B. Ebrahimi*
                                                         KATHLEEN B. EBRAHIMI
6                                                        Attorneys for Defendant
                                                         FRASER'S BOILER SERVICE, INC.
7

8    IT IS SO ORDERED:

9

10   _____
     Edward M. Chen
11   U.S. Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. CV-10-01048 EMC
STIPULATION TO EXTEND TIME TO ANSWER OR FILE OTHER RESPONSIVE PLEADINGS
4450-0350:574556.1

1

**PROF OF SERVICE**

2     I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 100 Spear Street, Suite 1200, San Francisco, CA 94105.

3     On May 27, 2010, I served the following document(s): **STIPULATION BY**
4 **PLAINTIFF AND DEFENDANT FRASER'S BOILER SERVICE, INC. TO EXTEND TIME TO ANSWER OR FILE OTHER RESPONSIVE PLEADINGS** on the interested
5 parties in this action by placing a true and correct copy of such document, enclosed in a sealed envelope, addressed as follows:

6
                             **SEE ATTACHED SERVICE LIST**
7

8   ☒     I am readily familiar with the business' practice for collection and processing of
        correspondence for mailing with the United States Postal Service. I know that the
9       correspondence was deposited with the United States Postal Service on the same day this
        declaration was executed in the ordinary course of business. I know that the envelope
10      was sealed and, with postage thereon fully prepaid, placed for collection and mailing on
        this date in the United States mail at, San Francisco, California, on all parties not opting
11      for e-service.

12  ☒     By E-Service: I electronically served the above document(s) via ECF/PACER on all
        parties opting for e-service.
13

14  Executed:  May 27, 2010

15  ☐          (State)        I declare under penalty of perjury under the laws of the State of
                              California that the above is true and correct.
16

17  ☒          (Federal)      I declare that I am employed in the office of a member of the bar
                              of this court at whose direction the service was made.
18

19                           _____
20                           Jeffrey Pilchard
                             4450-0350
21

22

23

24

25

26

27

28

CASE NO. CV-10-01048 EMC
STIPULATION TO EXTEND TIME TO ANSWER OR FILE OTHER RESPONSIVE PLEADINGS

4450-0350:574556.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## MASTER SERVICE LIST

### *BOND v. CBS CORPORATION*
### USDC CASE NO. CV-10-01048-EMC

Part A:  Parties to be E-Served:

| Attorney Name & Address | Telephone/Facsimile | Representing |
|---|---|---|
| BRENT COON & ASSOCIATES<br>44 Montgomery Street, Suite 800<br>San Francisco, CA  94104<br>Richard A. Brody, Esq.<br>Email: rick.brody@bcoonlaw.com<br>Seth A. Curtis, Esq.<br>Email: seth.curtis@bcoonlaw.com<br>LEAD ATTORNEYS<br>ATTORNEYS TO BE NOTICED | T: 415-489-7420<br>F: 415-489-7426 | Plaintiffs |

Part B: Parties to be Mail-Served:

| Attorney Name & Address | Telephone/Facsimile | Representing |
|---|---|---|
| HAIGHT BROWN & BONESTEEL LLP<br>71 Stevenson Street, 20th Floor<br>San Francisco, CA 94105 | 415.546.7500<br>Fax: 415.546.7505 | Defendant Northrop Grumman Corporation ind'ly & as s/s/i to Newport News Shipbuilding |

4450-0350:573569.1