Richard A. Brody, Esq. (SBN 100379)
E-mail Address: rick.brody@bcoonlaw.com
BRENT COON & ASSOCIATES
44 Montgomery Street, Suite 800
San Francisco, CA 94104
Telephone: 415.489.7420
Facsimile: 415.489.7426

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALAN BOND, | Case No. CV-10-1048 EMC |
|---|---|
| Plaintiff, | **JOINT FRCP 26(f) REPORT AND REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** ; ORDER RESETTING CMC to 9/29/10 |
| v. | |
| CBS CORPORATION, et al., | **Hearing Date:** June 23, 2010 |
| Defendants. | **Time:** 1:30 p.m. |
| | **Dept.:** C, 15th Floor |
| | Complaint Filed: March 11, 2010 |
| | Trial Date: Not Set |

This is an asbestos-related personal injury action filed on behalf of plaintiff Alan Bond. Mr. Bond is a 66-year-old man who has been diagnosed with lung cancer that plaintiff contends was caused by his past exposure to asbestos and asbestos-containing products.

In accordance with Federal Rule of Civil Procedure 26(f), and in accordance with the notice and directives of this Court, on June 8, 2010, the parties in this case met and conferred regarding the issue of initial disclosures, early settlement, the ADR process selection and a discovery plan. All parties were notified and invited to participate in the conference call. All parties jointly agreed upon all issues.

1  After meeting and conferring, all parties to this action request that the Court continue the
2  initial case management conference and all deadlines pertaining thereto approximately sixty (60)
3  days. Because this is an asbestos-related personal injury action, it is the expectation of all parties
4  that a conditional transfer order will be issued by the United States Judicial Panel on Multi-District
5  Litigation (MDL-875) and that this case will be ordered transferred to the MDL-875 litigation in
6  Philadelphia, Pennsylvania, before the Honorable Eduardo C. Robreno.
7  All parties submit, as provided by Rule 26, subdivision (a)(1), that initial disclosures are not
8  appropriate at this time because of the expected issuance of a conditional transfer order pertaining
9  to this case. The parties therefore believe that Rule 26 procedures are premature and likely
10 unnecessary at this juncture. The parties' objections are made, however, without prejudice to later
11 disclosures should this case not be transferred to the MDL-875 proceedings.
12 The parties have stipulated that plaintiff's counsel may notice and take the deposition of
13 plaintiff Alan Bond due to the potential exigent circumstances surrounding Mr. Bond's health
14 status.

16 DATED: June 8, 2010           BRENT COON & ASSOCIATES

18                                By: _____
19                                    RICHARD A. BRODY
                                      Attorneys for Plaintiff ALAN BOND

22 DATED: June ___, 2010         BRYDON, HUGO & PARKER

24                                By: _____
                                      THOMAS J. MOSES
25                                    Attorneys for defendants FOSTER
                                      WHEELER USA CORPORATION and
26                                    LESLIE CONTROLS, INC.

Bond v. CBS Corporation, et al.
Case No. CV-10-1048 EMC

2

JOINT FRCP 26(f) REPORT/REQUEST FOR CONTINUANCE

After meeting and conferring, all parties to this action request that the Court continue the initial case management conference and all deadlines pertaining thereto approximately sixty (60) days. Because this is an asbestos-related personal injury action, it is the expectation of all parties that a conditional transfer order will be issued by the United States Judicial Panel on Multi-District Litigation (MDL-875) and that this case will be ordered transferred to the MDL-875 litigation in Philadelphia, Pennsylvania, before the Honorable Eduardo C. Robreno.

All parties submit, as provided by Rule 26, subdivision (a)(1), that initial disclosures are not appropriate at this time because of the expected issuance of a conditional transfer order pertaining to this case. The parties therefore believe that Rule 26 procedures are premature and likely unnecessary at this juncture. The parties' objections are made, however, without prejudice to later disclosures should this case not be transferred to the MDL-875 proceedings.

The parties have stipulated that plaintiff's counsel may notice and take the deposition of plaintiff Alan Bond due to the potential exigent circumstances surrounding Mr. Bond's health status.

DATED: June 8, 2010            BRENT COON & ASSOCIATES

                               By: _____
                                   RICHARD A. BRODY
                                   Attorneys for Plaintiff ALAN BOND


DATED: June 9, 2010            BRYDON, HUGO & PARKER

                               By: _____
                                   THOMAS J. MOSES  Tara-Jane Flynn
                                   Attorneys for defendants FOSTER
                                   WHEELER LLC and
                                   LESLIE CONTROLS, INC.

2

*Bond v. CBS Corporation, et al.*                JOINT FRCP 26(f) REPORT/REQUEST FOR
Case No. CV-10-1048 EMC                                              CONTINUANCE

DATED: June 9, 2010     KNOTT & GLAZIER LLP

By: /s/ Brian Thomas Clark
BRIAN THOMAS CLARK
Attorneys for defendant LOCKHEED SHIPBUILDING COMPANY

DATED: June ___, 2010     HAIGHT BROWN & BONESTEEL LLP

By: _____
NAIRI PATERSON
Attorneys for defendant NORTHROP GRUMMAN CORPORATION

DATED: June ___, 2010     YARON & ASSOCIATES

By: _____
GEORGE D. YARON
Attorneys for defendant TODD SHIPYARDS CORPORATION

DATED: June ___, 2010     THE DAVIS LAW FIRM

By: _____
WHITNEY A. DAVIS
Attorneys for defendant VIAD CORPORATION

| | | |
|---|---|---|
| 1 | DATED: June ___, 2010 | KNOTT & GLAZIER LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | BRIAN THOMAS CLARK |
| 5 | | Attorneys for defendant LOCKHEED SHIPBUILDING COMPANY |
| 6 | | |
| 7 | DATED: June 9, 2010 | HAIGHT BROWN & BONESTEEL LLP |
| 8 | | |
| 9 | | By: *[signature]* |
| 10 | | NAIRI PATERSON  Daniel J. Kelly |
| 11 | | Attorneys for defendant NORTHROP GRUMMAN CORPORATION |
| 12 | | |
| 13 | DATED: June ___, 2010 | YARON & ASSOCIATES |
| 14 | | |
| 15 | | By: _____ |
| 16 | | GEORGE D. YARON |
| 17 | | Attorneys for defendant TODD SHIPYARDS CORPORATION |
| 18 | DATED: June ___, 2010 | THE DAVIS LAW FIRM |
| 19 | | |
| 20 | | By: _____ |
| 21 | | WHITNEY A. DAVIS |
| 22 | | Attorneys for defendant VIAD CORPORATION |

DATED: June ___, 2010

KNOTT & GLAZIER LLP

By: _____
BRIAN THOMAS CLARK
Attorneys for defendant LOCKHEED SHIPBUILDING COMPANY

DATED: June ___, 2010

HAIGHT BROWN & BONESTEEL LLP

By: _____
NAIRI PATERSON
Attorneys for defendant NORTHROP GRUMMAN CORPORATION

DATED: June 8, 2010

YARON & ASSOCIATES

By: /s/ George D. Yaron
GEORGE D. YARON
Attorneys for defendant TODD SHIPYARDS CORPORATION

DATED: June ___, 2010

THE DAVIS LAW FIRM

By: _____
WHITNEY A. DAVIS
Attorneys for defendant VIAD CORPORATION

DATED: June ____, 2010

KNOTT & GLAZIER LLP

By: _____
BRIAN THOMAS CLARK
Attorneys for defendant LOCKHEED SHIPBUILDING COMPANY

DATED: June ____, 2010

HAIGHT BROWN & BONESTEEL LLP

By: _____
NAIRI PATERSON
Attorneys for defendant NORTHROP GRUMMAN CORPORATION

DATED: June ____, 2010

YARON & ASSOCIATES

By: _____
GEORGE D. YARON
Attorneys for defendant TODD SHIPYARDS CORPORATION

DATED: June 10, 2010

THE DAVIS LAW FIRM

By: _____
WHITNEY A. DAVIS
Attorneys for defendant VIAD CORPORATION

IT IS SO ORDERED that the case management conference is reset from 6/30/10 to 9/29/10 at 1:30 p.m. A Joint CMC statement shall be filed by 9/22/10. Plaintiff shall serve a copy of this order upon all defendants.

_____
Edward M. Chen
U.S. Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

*Bond v. CBS Corporation*
Case No. CV-10-1048 EM

JOINT FRCP 26(f) REPORT/REQUEST FOR CONTINUANCE

# CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am over the age of eighteen years and not a party to the within cause. I am employed in the County of San Francisco, California; my business address is 44 Montgomery Street, Suite 800, San Francisco, CA 94104.

On the date below, I served one true copy of:

**JOINT FRCP 26(f) REPORT AND REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE**

[XX]   BY ELECTRONIC SERVICE: I caused each such document to be delivered by electronic mail to the addressee(s) noted below or on the attachment herein. The service was addressed or directed as follows:

**See the Northern District of California's Court's CM/ECF service list.**

[XXX]   BY MAIL: I placed a true copy, enclosed in a sealed envelope with postage paid, for collection and mailing on the date below at San Francisco, California, following ordinary business practice, to the addressee(s) noted below or on the attachment herein. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day in the ordinary course of business.

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Dated: June 11, 2010

_____
Michelle Dantzman

---

*Bond v. CBS Corporation, et al.*  
Case No. CV-10-1048 EMC

CERTIFICATE OF SERVICE

1

SERVICE LIST          Alan Bond v. CBS Corp., et al          CV101048          6/11/2010

FOSTER WHEELER USA CORPORATION
**BRYDON HUGO AND PARKER**
135 MAIN STREET STE 200
SAN FRANCISCO, CA 94105
P: (415) 808-0300    F: (415) 808-0333

LESLIE CONTROLS, INC
**BRYDON HUGO AND PARKER**
135 MAIN STREET STE 200
SAN FRANCISCO, CA 94105
P: (415) 808-0300    F: (415) 808-0333

VIAD CORPORATION, INDIVIDUALLY
AND AS SUCCESSOR IN INTEREST TO
GRISCOM-RUSSELL AND DIAL
CORPORATION
**DAVIS LAW FIRM**
1730 I Street Suite 240
SACRAMENTO, CA 95811
P: (916) 448-9000    F: (916) 448-9009

NORTHROP GRUMMAN CORPORATION,
INDIVIDUALLY AND AS SUCCESSOR IN
INTEREST TO NEWPORT NEWS
SHIPBUILDING
**HAIGHT BROWN AND BONESTEEL**
71 STEVENSON STREET 20TH FLOOR
SAN FRANCISCO, CA 94105
P: (415) 546-7500    F: (415) 546-7505

LOCKHEED SHIPBUILDING COMPANY
F/K/A LOCKHEED SHIPBUILDING &
CONSTRUCTION, AND PUGET SOUND
BRIDGE AND DRY DOCK COMPANY
**KNOTT AND GLAZIER LLP**
201 SPEAR STREET SUITE 1520
SAN FRANCISCO, CA 94105
P: (415) 356-1100    F: (415) 356-1105

TODD SHIPYARDS CORP.
**YARON AND ASSOCIATES**
601 CALIFORNIA ST 21ST FLR
SAN FRANCISCO, CA 94108
P: (415) 658-2929    F: (415) 658-2930