# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| THIS DOCUMENT RELATES TO: | Case No. **CV-10-1048 VRW** |
| ALAN BOND, | |
| Plaintiff, | |
| v. | |
| CBS CORPORATION, et al., | |
| Defendants. | |

## STIPULATION AND ORDER
## TO DISMISS DEFENDANT FRASER'S BOILER SERVICE, INC. WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for

Plaintiff Alan Bond and counsel for Defendants FRASER'S BOILER SERVICE,

INC., that the Complaint of Plaintiff Alan Bond, Case No. CV-10-1048 EMC, in the

above action may be and is hereby dismissed without prejudice as to this one

defendant only.

// 

---

The parties shall each bear their own costs.

Dated: July 16, 2010

_____
RICHARD A. BRODY CSB # 100379
BRENT COON & ASSOCIATES
44 MONTGOMERY STREET, SUITE 800
SAN FRANCISCO, CA 94104
rick.brody@bcoonlaw.com
P:  (415) 489-7420    (415) 489-7426
Attorney for Plaintiffs

Dated: July 16, 2010

_____
KATHLEEN B. EBRAHIMI CSB #
POND NORTH LLC
100 SPEAR STREET,
SUITE 1200,
SAN FRANCISCO, CA 94105
KEbrahimi@PondNorth.com
P: (415) 217-1240    F:  (415) 644-0578

Attorney for Defendant(s) FRASER'S BOILER
SERVICE, INC.

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINTIFF
ALAN BOND'S, COMPLAINT AS TO DEFENDANTS FRASER'S BOILER
SERVICE, INC. ARE DISMISSED WITHOUT PREJUDICE.  EACH PARTY
IS TO BEAR ITS OWN COSTS.**

Dated:  _____July 20_____, 2010

HON. _____

*Bond v. CBS Corporation, et al.*
Case No. CV-10-1048 VRW

STIPULATION AND ORDER TO DISMISS
DEFENDANT FRASERS' BOILER SERVICE, INC.
WITHOUT PREJUDICE